WILLIAM P. SCHOOLCRAFT, Appellant, *v.* THE SACANDAGA LAND COMPANY, Respondent.

*Schoolcraft* v. *Sacandaga Land Co.,* 30 App. Div. 622, affirmed.
(Submitted June 15, 1900; decided June 22, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 23, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*L. F. Fish* for appellant.

*H. V. Borst* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ. Not sitting: LANDON, J.